**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-08426-ERW |
| | § | |
| JAMES L HARDESTY | § | |
| MARITHESS L HARDESTY | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 11/24/2010, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/27/2010          By:  /s/ David P. Leibowitz
                                            (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-08426-ERW |
| | § | |
| JAMES L HARDESTY | § | |
| MARITHESS L HARDESTY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,901.17
*and approved disbursements of*     $0.00
*leaving a balance on hand of[1]:*     $5,901.17

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,901.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,340.12 | $0.00 | $1,340.12 |
| David P. Leibowitz, Trustee Expenses | $67.10 | $0.00 | $67.10 |
| Lakelaw, Attorney for Trustee Fees | $2,835.00 | $0.00 | $2,835.00 |

Total to be paid for chapter 7 administrative expenses:     $4,242.22
Remaining balance:     $1,658.95

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|                                                           |              |
|-----------------------------------------------------------|-------------:|
| Total to be paid to prior chapter administrative expenses: | $0.00       |
| Remaining balance:                                        | $1,658.95    |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                      |           |
|--------------------------------------|----------:|
| Total to be paid to priority claims: | $0.00     |
| Remaining balance:                   | $1,658.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,954.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | PYOD LLC its successors and assigns as assignee of Citibank | $271.17 | $0.00 | $20.49 |
| 2 | Chase Bank USA NA | $6,835.61 | $0.00 | $516.52 |
| 3 | Chase Bank USA NA | $5,884.03 | $0.00 | $444.62 |
| 4 | Chase Bank USA NA | $6,640.17 | $0.00 | $501.75 |
| 5 | Jefferson Capital Systems LLC/BARCLAYS BANK DELAWARE | $2,323.42 | $0.00 | $175.57 |

|                                                       |           |
|-------------------------------------------------------|----------:|
| Total to be paid to timely general unsecured claims:  | $1,658.95 |
| Remaining balance:                                    | $0.00     |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch                 Page 1 of 1                  Date Rcvd: Oct 28, 2010
Case: 09-08426                Form ID: pdf006              Total Noticed: 27

The following entities were noticed by first class mail on Oct 30, 2010.
 db           +James L Hardesty,    4246 Clark Dr.,    Richton Park, IL 60471-1256
 jdb          +Marithess L Hardesty,    4246 Clark Dr.,    Richton Park, IL 60471-1256
 aty          +Collin B Williams,    Greenberg Traurig LLP,    77 West Wacker Drive,    Suite 2500,
                Chicago, IL 60601-1643
 aty          +Zeljko Popovic,    Legal Helpers,    233 S. Wacker Dr. Ste 5150,    Chicago, IL 60606-6371
 tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
13637923     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:    Americredit,    Po Box 183853,    Arlington, TX 76096)
13637924      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
13637925      +Blair Corporation,    220 Hickory St,    Warren, PA 16366-0001
13637926      +Caf,   Attn: Bankruptcy,    Po Box 15678,    Wilmington, DE 19850-5678
13637927      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
13637929      +Capital One, N.a.,    P.o.box 26030,    Richmond, VA 23260-6030
13637930      +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
14071176       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13637931      +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
13637932      +Direct Merchants Bank,    Card Member Services - GSC,    Po Box 5246,    Carol Stream, IL 60197-5246
13637934      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
13637936      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
13637937      +Hsbc/harlm,    90 Christiana Rd,    New Castle, DE 19720-3118
14372340      +Jefferson Capital Systems LLC,    Purchased From BARCLAYS BANK DELAWARE,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999,    Orig By: BARCLAYS BANK (DELAWARE)
14029489      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13637941      +Wash Mutual/providian,    Attn: Bankruptcy Dept,    Po Box 10467,    Greenville, SC 29603-0467
13637943      +Wells Fargo Hm Mortgag,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
13637944      +Wells Fargo Hm Mortgag,    Attention: Bankruptcy Department MAC-X,    3476 Stateview Blvd,
                Fort Mill, SC 29715-7203

The following entities were noticed by electronic transmission on Oct 28, 2010.
13637928      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
13637933      +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2010 02:59:54      Gemb/home Shopping,    Po Box 981400,
               El Paso, TX 79998-1400
13637938      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
13637939      +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2010 02:59:54      Sams Club,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13637935       Hsbc Bank
13637940       Toyota Financial Servi
13637942    ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
                Greenville, SC 29603-0467
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 30, 2010**                                    **Signature:** *Joseph Speetjens*