UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-08426-ERW |
|---|---|---|
| | § | |
| JAMES L HARDESTY | § | |
| MARITHESS L HARDESTY | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $141,871.88 | Assets Exempt: | $74,646.88 |
| Total Distributions to Claimants: | $1,409.43 | Claims Discharged Without Payment: | $55,772.97 |
| Total Expenses of Administration: | $4,492.22 | | |

3) Total gross receipts of $5,901.65 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,901.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $150,279.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,492.22 | $4,492.22 | $4,492.22 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $37,152.00 | $21,954.40 | $21,954.40 | $1,409.43 |
| **Total Disbursements** | $187,431.00 | $26,446.62 | $26,446.62 | $5,901.65 |

4). This case was originally filed under chapter 7 on 03/13/2009. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2011           By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 09-00505 Leibowitz v. Hardesty et al | 1249-000 | $5,900.00 |
| Interest Earned | 1270-000 | $1.65 |
| **TOTAL GROSS RECEIPTS** | | **$5,901.65** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Servi | 4110-000 | $7,361.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgag | 4110-000 | $142,918.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$150,279.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,340.12 | $1,340.12 | $1,340.12 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $67.10 | $67.10 | $67.10 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,835.00 | $2,835.00 | $2,835.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,492.22** | **$4,492.22** | **$4,492.22** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | NA | $271.17 | $271.17 | $17.41 |
| 2 | Chase Bank USA NA | 7100-900 | NA | $6,835.61 | $6,835.61 | $438.83 |
| 3 | Chase Bank USA NA | 7100-900 | NA | $5,884.03 | $5,884.03 | $377.74 |
| 4 | Chase Bank USA NA | 7100-900 | NA | $6,640.17 | $6,640.17 | $426.29 |
| 5 | Jefferson Capital Systems LLC/BARCLAYS BANK DELAWARE | 7100-900 | $1,924.00 | $2,323.42 | $2,323.42 | $149.16 |
|  | Americredit | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Americredit | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Barclays Bank Delaware | 7100-000 | $2,626.00 | NA | NA | $0.00 |
|  | Blair Corporation | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Caf | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital 1 Bank | 7100-000 | $4,355.00 | NA | NA | $0.00 |
|  | Capital 1 Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital 1 Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital 1 Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital One Auto Finance | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Capital One, N.a. | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Chase - Cc | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Citizens Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Direct Merchants Bank | 7100-000 | $9,645.00 | NA | NA | $0.00 |
|  | Direct Merchants Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Gemb/home Shopping | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Hsbc Best Buy | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Hsbc/harlm | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Nicor Gas | 7100-000 | $117.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Nicor Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Sams Club | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Wash Mutual/providian | 7100-000 | $6,418.00 | NA | NA | $0.00 |
| | Washington Mutual / Providian | 7100-000 | $6,418.00 | NA | NA | $0.00 |
| | Washington Mutual / Providian | 7100-000 | $5,649.00 | NA | NA | $0.00 |
| | Washington Mutual / Providian | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Washington Mutual / Providian | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Wells Fargo Hm Mortgag | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,152.00 | $21,954.40 | $21,954.40 | $1,409.43 |

Case 09-08426    Doc 41    Filed 04/25/11    Entered 04/25/11 10:20:38    Desc Main
                                Document      Page 5 of 10

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 09-08426-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HARDESTY, JAMES L AND HARDESTY, MARITHESS L | Date Filed (f) or Converted (c): | 03/13/2009 (f) |
| For the Period Ending: | 4/25/2011 | §341(a) Meeting Date: | 04/24/2009 |
| | | Claims Bar Date: | 08/28/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 4246 Clark Dr., Richton P | $92,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Checking account with Charter One | $2,800.00 | $0.00 | DA | $0.00 | FA |
| 3 | Miscellaneous used household goods | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 4 | Miscellaneous books, tapes, CD's, etc. | $100.00 | $0.00 | DA | $0.00 | FA |
| 5 | Personal used clothing | $800.00 | $0.00 | DA | $0.00 | FA |
| 6 | Miscellaneous costume jewelry | $200.00 | $0.00 | DA | $0.00 | FA |
| 7 | Pension through employer UGN, Inc. Retirement an | $14,979.81 | $0.00 | DA | $0.00 | FA |
| 8 | Workers Compensation Settlement for Debtor's Wif | $18,542.07 | $0.00 | DA | $0.00 | FA |
| 9 | 2007 Toyota Yaris with 11,000 miles | $7,625.00 | $5,225.00 | DA | $0.00 | FA |
| 10 | 2003 Chevrolet Tracker with 50,000 miles | $2,825.00 | $0.00 | DA | $0.00 | FA |
| 11 | 09-00505 Leibowitz v. Hardesty et al (u) | $0.00 | $8,000.00 | DA | $5,900.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1.65 | FA |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

$141,871.88     $13,225.00     $5,901.65     $0.00

**Major Activities affecting case closing:**

09-00505 Leibowitz v. Hardesty et al

Hearing on Motion to Approve Compromise or Settlement per Rule 9019 set for 02/03/2010

| **Initial Projected Date Of Final Report (TFR):** | 05/26/2010 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 08/26/2010 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-08426-ERW | |
| **Case Name:** | HARDESTY, JAMES L AND HARDESTY, MARITHESS L | |
| **Primary Taxpayer ID #:** | ******0937 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/13/2009 | |
| **For Period Ending:** | 4/25/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******5365 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/07/2010 | (11) | James L. Hardesty Jr | Payment towards settlement | 1249-000 | $5,300.00 | | $5,300.00 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.22 | | $5,300.22 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.22 | | $5,300.44 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $5,300.44 | $0.00 |
| | | | **TOTALS:** | | $5,300.44 | $5,300.44 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $5,300.44 | |
| | | | **Subtotal** | | $5,300.44 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,300.44 | $0.00 | |

**For the period of  3/13/2009 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,300.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,300.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $5,300.44 |

**For the entire history of the account between 05/07/2010 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,300.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,300.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $5,300.44 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-08426-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | HARDESTY, JAMES L AND HARDESTY, MARITHESS L | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******0937 | **Checking Acct #:** ******8426 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 3/13/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/29/2010 | | Transfer From: #******8426 | | 9999-000 | $5,651.65 | | $5,651.65 |
| 11/29/2010 | 2001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,340.12 | $4,311.53 |
| 11/29/2010 | 2002 | Lakelaw | Claim #: ; Amount Claimed: 2,835.00; Amount Allowed: 2,835.00; Distribution Dividend: 100.00; | 3110-000 | | $2,835.00 | $1,476.53 |
| 11/29/2010 | 2003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $67.10 | $1,409.43 |
| 11/29/2010 | 2004 | PYOD LLC its successors and assigns as assignee of | Claim #: 1; Amount Claimed: 271.17; Amount Allowed: 271.17; Distribution Dividend: 6.42; | 7100-900 | | $17.41 | $1,392.02 |
| 11/29/2010 | 2005 | Chase Bank USA NA | Claim #: 2; Amount Claimed: 6,835.61; Amount Allowed: 6,835.61; Distribution Dividend: 6.42; | 7100-900 | | $438.83 | $953.19 |
| 11/29/2010 | 2006 | Chase Bank USA NA | Claim #: 3; Amount Claimed: 5,884.03; Amount Allowed: 5,884.03; Distribution Dividend: 6.42; | 7100-900 | | $377.74 | $575.45 |
| 11/29/2010 | 2007 | Chase Bank USA NA | Claim #: 4; Amount Claimed: 6,640.17; Amount Allowed: 6,640.17; Distribution Dividend: 6.42; | 7100-900 | | $426.29 | $149.16 |
| 11/29/2010 | 2008 | Jefferson Capital Systems LLC/BARCLAYS BANK | Claim #: 5; Amount Claimed: 2,323.42; Amount Allowed: 2,323.42; Distribution Dividend: 6.42; | 7100-900 | | $149.16 | $0.00 |

| | | | |
|---|---|---|---|
| | **TOTALS:** | $5,651.65 | $5,651.65 | $0.00 |
| | **Less: Bank transfers/CDs** | $5,651.65 | $0.00 | |
| | **Subtotal** | $0.00 | $5,651.65 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $0.00 | $5,651.65 | |

**For the period of 3/13/2009 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,651.65 |
| | |
| Total Compensable Disbursements: | $5,651.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,651.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/29/2010 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,651.65 |
| | |
| Total Compensable Disbursements: | $5,651.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,651.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 09-08426 Doc 41 Filed 04/25/11 Entered 04/25/11 10:20:38 Desc Main
Document Page 9 of 10
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 09-08426-ERW | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | HARDESTY, JAMES L AND HARDESTY, MARITHESS L | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0937 | | | Money Market Acct #: | ******8426 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 3/13/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/25/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $5,300.44 | | $5,300.44 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.04 | | $5,300.48 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.23 | | $5,300.71 |
| 08/11/2010 | (11) | James Hardesty | | 1249-000 | $200.00 | | $5,500.71 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.23 | | $5,500.94 |
| 09/14/2010 | (11) | James L. Hardesty | | 1249-000 | $200.00 | | $5,700.94 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.23 | | $5,701.17 |
| 10/08/2010 | (11) | James Hardesty | | 1149-000 | $200.00 | | $5,901.17 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.25 | | $5,901.42 |
| 11/23/2010 | 3000 | Office of the Clerk United States Bankruptcy Court | Adv. Filing Fee | 2700-000 | | $250.00 | $5,651.42 |
| 11/29/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 11/29/2010 | 1270-000 | $0.23 | | $5,651.65 |
| 11/29/2010 | | Transfer To: #******8426 | | 9999-000 | | $5,651.65 | $0.00 |
| | | | TOTALS: | | $5,901.65 | $5,901.65 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,300.44 | $5,651.65 | |
| | | | Subtotal | | $601.21 | $250.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $601.21 | $250.00 | |

| For the period of 3/13/2009 to 4/25/2011 | | For the entire history of the account between 06/25/2010 to 4/25/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $601.21 | Total Compensable Receipts: | $601.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $601.21 | Total Comp/Non Comp Receipts: | $601.21 |
| Total Internal/Transfer Receipts: | $5,300.44 | Total Internal/Transfer Receipts: | $5,300.44 |
| | | | |
| Total Compensable Disbursements: | $250.00 | Total Compensable Disbursements: | $250.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $250.00 | Total Comp/Non Comp Disbursements: | $250.00 |
| Total Internal/Transfer Disbursements: | $5,651.65 | Total Internal/Transfer Disbursements: | $5,651.65 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | | |
|---|---|---|---|---|---|
| **Case No.** | 09-08426-ERW | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HARDESTY, JAMES L AND HARDESTY, MARITHESS L | | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******0937 | | | **Money Market Acct #:** | ******8426 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | MMA |
| **For Period Beginning:** | 3/13/2009 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,901.65 | $5,901.65 | $0.00 |

| **For the period of 3/13/2009 to 4/25/2011** | | **For the entire history of the case between 03/13/2009 to 4/25/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,901.65 | Total Compensable Receipts: | $5,901.65 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,901.65 | Total Comp/Non Comp Receipts: | $5,901.65 |
| Total Internal/Transfer Receipts: | $10,952.09 | Total Internal/Transfer Receipts: | $10,952.09 |
| | | | |
| Total Compensable Disbursements: | $5,901.65 | Total Compensable Disbursements: | $5,901.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,901.65 | Total Comp/Non Comp Disbursements: | $5,901.65 |
| Total Internal/Transfer Disbursements: | $10,952.09 | Total Internal/Transfer Disbursements: | $10,952.09 |